UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SPECIAL SHAPES REFRACTORY CO., INC.,** | **OLD CASE NO.: 1:16-cv-1619-AWI-SAB**<br>**NEW CASE NO.: 1:16-cv-1619-LJO-BAM** |
| Plaintiff, | **ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE** |
| v. | |
| **GALLO GLASS CO.,** | |
| Defendant. | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Gallo Class Co. v. Special Shapes Refractory Co.*, 1:16-CV-1446-LJO-BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to Chief U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe with a new case number **1:16-cv-1619-LJO-BAM**. All documents shall bear the new **1:16-cv-1619-LJO-BAM** and the reassignment to Chief Judge O'Neill and Magistrate Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **November 14, 2016**          /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE